86  411<br/>f89   28

## Frank E. Dooling, Receiver, etc., v. James Coats and Sarah Coats.

1. FORMER DECISIONS—*Followed.*—The decision in Frank E. Dooling, receiver, etc., v. John W. Davis et al., 84 Ill. App. 393, governs this case.

Foreclosure.—Appeal from the Circuit Court of Pike County; the Hon. HARRY HIGBEE, Judge, presiding. Heard in this court at the May term, 1899. Reversed and remanded. Opinion filed December 13, 1899.

GRAHAM & MILLER, attorneys for appellant.

WILLIAMS & COLEY, attorneys for appellees.

OPINION PER CURIAM.

The above entitled cause having, upon the motion of appellees, been consolidated with No. 40, "Frank E. Dooling, receiver, etc. v. John W. Davis et al.," decided at the present term of this court, and the mooted question being identical with the mooted questions involved in that case, for the reasons expressed in the opinion filed in that case the decree of the Circuit Court will be reversed and the cause remanded, with directions to state the account and enter decree accordingly. Reversed and remanded with directions.